HONORABLE TIMOTHY W. DORE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

Robinson Tait, P.S.,

Debtor.

No. 18-11373-TWD (Ch. 7)

OBJECTION TO DISMISSAL OF CASE

Nancy L. James, the Chapter 7 trustee in this case, through her attorneys Bush Kornfeld LLP, objects to dismissal of this case and states:

The Debtor filed the petition that initiated this case on April 2, 2018. The Debtor did not file schedules or a statement of financial affairs with its petition. On April 3, 2018, the Clerk of the Court issued a Notice of Deficient Filing, which set forth an April 17, 2018, deadline for the Debtor to file the required documents. The notice indicates that the case may be dismissed if the documents are not filed. The Debtor lost access to its electronic business records after filing. The Trustee is working to restore that access. The Debtor has indicated that, once electronic access is restored, it will complete and file required documents. The Trustee believes that there will be assets to administer for the benefit of creditors in this case.

OBJECTION TO DISMISSAL OF CASE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Given these circumstances, the Trustee objects to dismissal of this case and requests that the Court not enter an order of dismissal.

DATED this 16th day of April, 2018, at Seattle, Washington.

BUSH KORNFELD LLP

/s/ Thomas A. Buford
Thomas A. Buford, WSBA #52969
Aditi Paranjpye, WSBA #53001
Attorneys for the Trustee

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd168x041q
Case 18-11373-TWD    Doc 20    Filed 04/16/18    Ent. 04/16/18 19:25:36    Pg. 2 of 2