HONORABLE TIMOTHY W. DORE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

Robinson Tait, P.S.,

Debtor.

No. 18-11373-TWD (Ch. 7)

EX PARTE MOTION TO AUTHORIZE THE CHAPTER 7 TRUSTEE TO TAKE ACTIONS TO TERMINATE THE DEBTOR'S INVOLVEMENT IN CASES

Nancy L. James, the Chapter 7 trustee in this case, through her attorneys Bush Kornfeld LLP, moves the Court for an order authorizing her to take certain actions to terminate the Debtor's involvement in cases pending before multiple courts in multiple jurisdictions and, in support of this motion, states:

**BACKGROUND**

As a preliminary matter, all facts represented in this motion and the attached declaration are true to the best of the Trustee's and the undersigned's knowledge. However, the Debtor does not currently have access to its business records or other electronic files. The Trustee is working to restore that access. Additionally, the Debtor has not filed schedules. The Trustee has conducted as much due diligence as possible under the circumstances. To date, the Trustee has met with the Debtor's attorney

EX PARTE MOTION TO AUTHORIZE THE CHAPTER 7 TRUSTEE TO TAKE ACTIONS TO TERMINATE THE DEBTOR'S INVOLVEMENT IN CASES – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd13ed0438.002
Case 18-11373-TWD    Doc 21    Filed 04/17/18    Ent. 04/17/18 11:06:24    Pg. 1 of 4

and its principal. In addition, the Trustee and her counsel have had dozens of conversations with former clients, employees, and attorneys adverse to the Debtor's former clients.

The Debtor was a law firm that focused on representing mortgage servicers in matters relating to the foreclosure of consumer mortgages. Prior to the time of filing, the Debtor had approximately 3,500 open matters ("Open RT Matters"). In addition, the Debtor, along with its attorneys, are the attorneys of record in thousands of other matters that, while they were not open files from the Debtor's perspective, may nonetheless be open, active cases pending in this and other courts ("Closed RT Matters"). The estimated number of Closed RT Matters exceeds 5,000. The Debtor is currently attorney of record in cases before Bankruptcy Courts, Federal District Courts, and a variety of state Courts in Alaska, Idaho, Montana, Oregon, and Washington. Prior to filing, the Debtor provided notice to its clients that it was ceasing operations.

In its practice, the Debtor utilized software platforms provided by third parties, such as Black Knight Financial Services, Inc. ("Software Platforms"), to manage its case load and client interactions. The Debtor estimates that more than 99% of Open RT Matters are managed through the Software Platforms. Prior to filing, the Debtor also provided notice to the Software Platforms that it was ceasing operations. The Software Platforms and/or the Debtor's client reassigned the Open RT Matters that were managed through the Software Platform to new attorneys. While the new attorneys have not appeared in all the Open RT Matters, the Debtor no longer represents its former clients in the transferred cases.

**AUTHORITY**

The Trustee has a duty to maximize the value of the estate's assets, including taking reasonable steps to protect the estate from incurring liability. 11 U.S.C. § 704; *see*, *generally*, *In re*
EX PARTE MOTION TO AUTHORIZE THE CHAPTER 7 TRUSTEE TO TAKE ACTIONS TO TERMINATE THE DEBTOR'S INVOLVEMENT IN CASES – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd13ed0438.002

Case 18-11373-TWD    Doc 21    Filed 04/17/18    Ent. 04/17/18 11:06:24    Pg. 2 of 4

*Peckinpaugh*, 50 B.R. 865, 869 (Bankr. N.D. Ohio 1985) ("Thus it is clear that in a Chapter 7 case the Trustee's duty is to liquidate assets and to preserve them until the time they are disposed of…"). "The court may issue any order…necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105.

**DISCUSSION**

The Trustee requests an order confirming her authority to take steps to terminate the Debtor's involvement in any matter in which it represented a client. The Trustee seeks to take these steps to prevent any claims of negligence, malpractice, or other claims that former clients or other parties might make against the estate. Additionally, to the extent a former client has not been notified of the Debtor's cessation of operations, the Trustee seeks to ensure that the former client receives that notice.

Currently, the Trustee has identified four actions she would take to confirm the Debtor's status. First, she would terminate the Debtor's electronic filing accounts. This will prevent the Debtor from being served with notice via a court's electronic noticing system. Additionally, it will prevent prejudice to former clients who would otherwise be deemed served when the Debtor receives electronic notice of a court filing.

Second, the Trustee would provide a notice, substantively similar to the notice attached to this motion, to clerks of the courts and request that the clerk file the notice in each of the cases where the Debtor has appeared. The Trustee has spoken with the Clerk of this Court and believes that such a procedure is possible. This would provide notice to parties in those cases, via the Court's ECF system, of the Debtor's termination.

Third, the Trustee would sign, or authorize others to sign, withdrawals, substitutions of counsel, or other similar documents. The Trustee has received requests to sign documents to effect substitutions of counsel from both former clients and former employees. The Trustee seeks to assist in

EX PARTE MOTION TO AUTHORIZE THE CHAPTER 7 TRUSTEE TO TAKE ACTIONS TO TERMINATE THE DEBTOR'S INVOLVEMENT IN CASES – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd13ed0438.002

Case 18-11373-TWD    Doc 21    Filed 04/17/18    Ent. 04/17/18 11:06:24    Pg. 3 of 4

transferring cases to new attorneys when the signature of the Debtor is necessary to effect such a change.

Finally, the Trustee would transfer or return client files upon request, when appropriate. For cases handled through the Software Platforms, the electronic file was transferred upon reassignment of the matter. However, the Debtor maintains other electronic files and paper files. The files include original real property records needed to prove a client's rights and loan documents that include personally identifiable information of the borrowers. The files are likely the property of the Debtor's clients and, so long as the client has paid for the services the Debtor rendered, the Trustee would like the authority to return the files to former clients or transfer the files to the client's new counsel. The Trustee will bring a separate motion to address files that are not requested by former clients or new attorneys.

The Trustee has evaluated whether a sale of all or part of the Debtor's practice could be accomplished. Given the nature of the practice, such a sale is not possible. The Trustee does not waive any right to compensation that the Debtor may have for work that the Debtor performed.

Wherefore, the Trustee asks the Court to grant this motion and grant the relief requested in the attached proposed order.

DATED this 17th day of April, 2018, at Seattle, Washington.

BUSH KORNFELD LLP


By  /s/ Thomas A. Buford
   Thomas A. Buford, WSBA #52969
   Aditi Paranjpye, WSBA #53001
Attorneys for the Trustee

EX PARTE MOTION TO AUTHORIZE THE CHAPTER 7 TRUSTEE TO TAKE ACTIONS TO TERMINATE THE DEBTOR'S INVOLVEMENT IN CASES – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd13ed0438.002

Case 18-11373-TWD    Doc 21    Filed 04/17/18    Ent. 04/17/18 11:06:24    Pg. 4 of 4