HONORABLE TIMOTHY W. DORE

HEARING DATE: FRIDAY, MAY 11 2018
HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 8106
RESPONSE DATE: FRIDAY, MAY 4, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

Robinson Tait, P.S.,

Debtor.

No. 18-11373-TWD (Ch. 7)

TRUSTEE'S MOTION FOR AUTHORITY TO REJECT CONTRACT AND LEASES UPON NOTICE

Nancy L. James, Chapter 7 trustee herein ("Trustee"), moves the Court pursuant to Bankruptcy Code § 365 for an order authorizing her to reject contracts and leases upon notice to non-debtor parties to contracts or leases. This motion is based on the files and records herein and on the accompanying Declaration of Nancy L. James.

**A.    BACKGROUND**

This case was filed on April 2, 2018. As of the filing of this Motion, Schedules and Statement of Financial Affairs have not been filed. The Trustee has met with the Debtor's principle and has conducted as much due diligence as possible under the circumstances.

TRUSTEE'S MOTION FOR AUTHORITY TO REJECT
CONTRACT AND LEASES UPON NOTICE – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

### B. CONTRACTS AND LEASES

The Trustee has become aware of at least two non-residential real property leases of the Robinson Tait, P.S. ("Debtor"). At this time, it is necessary that the Trustee retain access to real property premises in order to collect records and administer personal property assets. As soon as she determines that such access is no longer necessary, the Trustee will seek to reject such leases. The Trustee is also determining the personal property leases to which the Debtor is a party.

### C. REJECTION

The Trustee seeks authority to reject contracts and leases by providing written notice to the non-Debtor parties to the contracts and leases, with rejection effective automatically as of delivery of that written notice without need of further order of this Court. Consistent with the Trustee's efforts to minimize administrative expenses, it is necessary that the Trustee have the flexibility to determine the specific needs of the bankruptcy estate as her due diligence and work in this case proceeds. It is therefore in the best interest of the bankruptcy estate and its creditors for the Trustee to have the authority to reject contracts and leases upon notice to non-Debtor parties to contracts and leases.

Under 11 U.S.C. § 365(a), a trustee, "subject to the court's approval, may . . . reject any executory contract or unexpired lease of the debtor." See also In re Robert L. Helms Constr. & Dev. Co., Inc., 139 F.3d 702 (9th Cir. 1998). In making its determination, a bankruptcy court need engage in only a cursory review of a [debtor-in-possession]'s decision to reject the contract. Specifically, a bankruptcy court applies the business judgment rule to evaluate a trustee's rejection decision. Durkin v. Benedor Corp. (In re G.I. Indus.), 204 F.3d 1276, 1282 (9th Cir. 2000) (citing NLRB v. Bildisco & Bildisco, 465 U.S. 513, 523, 104 S. Ct. 1188, 79 L. Ed. 2d 482 (1984)); see also In re Chi-Feng Huang, 23 B.R. 798, 800 (9th Cir. BAP 1982) (citing cases).

TRUSTEE'S MOTION FOR AUTHORITY TO REJECT
CONTRACT AND LEASES UPON NOTICE – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd13ed0438
Case 18-11373-TWD    Doc 24    Filed 04/18/18    Ent. 04/18/18 11:30:07    Pg. 2 of 3

## CONCLUSION

For the reasons stated herein, the Trustee respectfully requests an Order authorizing rejection of contracts and leases upon notice as provided herein.

DATED this 18th day of April, 2018.

BUSH KORNFELD LLP

By /s/ Aimee S. Willig
Aimee S. Willig, WSBA #22859
Thomas A. Buford, WSBA #52969
Attorneys for Trustee

TRUSTEE'S MOTION FOR AUTHORITY TO REJECT CONTRACT AND LEASES UPON NOTICE – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd13ed0438
Case 18-11373-TWD    Doc 24    Filed 04/18/18    Ent. 04/18/18 11:30:07    Pg. 3 of 3